UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS J. MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 4:19-CV-135-D** |
| | ) | |
| DAVID COMBS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES defendant's motion to strike [D.E. 26], GRANTS IN PART defendant's motions to dismiss [D.E. 9, 15, 19], and DISMISSES the action WITHOUT PREJUDICE for lack of jurisdiction. The court DISMISSES WITHOUT PREJUDICE any state law claims.

**This Judgment Filed and Entered on April 16, 2020, and Copies To:**

| | |
|---|---|
| Morris J. Mays | (Sent to 1208 Bermuda Road Rocky Mount, NC 27801 via US Mail) |
| J. Nicholas Ellis | (via CM/ECF electronic notification) |
| Stephanie L. Gumm | (via CM/ECF electronic notification) |

DATE:   PETER A. MOORE, JR., CLERK

April 16, 2020   (By) /s/ Nicole Sellers

   Deputy Clerk